AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )  Case No. 23-SW-370 |
| THE PERSON OF VICTOR ARMANDO | ) |
| SIMMS A/K/A STACY PATRICK SIMMS | ) |
| LOCATED AT 1901 E STREET SE, DISTRICT | ) |
| OF COLUMBIA 20003,UNDER RULE 41 | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

Located within the jurisdiction of the District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a), Transportation of a Minor with Intent to Engage in Criminal Sexual Activity; 18 U.S.C. § 2251(a), Sexual Exploitation of Children. | |

The application is based on these facts:

See Affidavit in Support of Application for Search Warrant.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kelly McLeod, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

Telephone
_____ *(specify reliable electronic means).*

Date: _____11/6/2023_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather
_____
*(United States Magistrate Judge)*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☑ Original                ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  23-SW-370 |
| THE PERSON OF VICTOR ARMANDO | ) | |
| SIMMS A/K/A STACY PATRICK SIMMS | ) | |
| LOCATED AT 1901 E STREET SE, DISTRICT | ) | |
| OF COLUMBIA 20003,UNDER RULE 41 | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located within the jurisdiction of the District of Columbia.
*(identify the person or describe the property to be searched and give its location)*:

See Attachment  A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment  B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____November 19, 2023_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Robin M. Meriweather_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____11/6/2023_____        _____
*Judge's signature*

City and state:        _____Washington, D.C._____        _____Robin M. Meriweather_____
United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>23-SW-370 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____


_____
*Executing officer's signature*


_____
*Printed name and title*


Robin M. Meriweather

## ATTACHMENT A

### *Person to Be Searched*

As depicted in the image below, the body of Victor Armando Simms, a/k/a Stacy Patrick Simms, is to be searched for the purpose of photographing his person as described in Attachment B.  Simms is a 53-year-old black[1] male, DOB 06/22/1969, with black hair and brown eyes.  He is approximately 5'08" inches in height and weighs approximately 247 pounds. Simms is currently incarcerated at the District of Columbia Correctional Treatment Facility, located at 1901 E Street, Southeast, Washington, DC 20003.

 

---

[1] Simms's ethnicity is listed as "Hispanic" in records provided by the District of Columbia Correctional Treatment Facility. His booking information and criminal history report provided in February 2023 list his ethnicity as "Black."

# ATTACHMENT B

### *Material to be Seized*

As described in the supporting affidavit, the United States intends to photograph specified areas of Simms's body and will seize and retain any information relating to any subject identification derived from photographs of Simms's body, including Simms's distinguishing characteristics, as listed below. Such photographs may constitute evidence of the commission of a criminal offense, specifically, violations of 18 U.S.C. § 2251(a), Sexual Exploitation of Children, and 18 U.S.C. § 2423(a), Transportation of a Minor with Intent to Engage in Criminal Sexual Activity.  The United States seeks to photograph and retain images of the following:

      a.   Information relating to any subject identification derived from photographs of Simms, including Simms's distinguishing characteristics including, but not limited to, a patch of skin on his penis that is light pinkish-white in color;

      b.   Hands and fingers;

      c.   Chin, chest, and chest tattoo;

      d.   Stomach, thighs, pubic hair, and genital area.

2

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

**IN THE MATTER OF THE SEARCH OF**:

| | |
|---|---|
| **THE PERSON OF VICTOR ARMANDO SIMMS A/K/A STACY PATRICK SIMMS LOCATED AT 1901 E STREET SE, DISTRICT OF COLUMBIA 20003, UNDER RULE 41** | **Case No.    23-sw-370**<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF APPLICATION UNDER RULE 41
### FOR WARRANT TO SEARCH AND SEIZE

I, Kelly McLeod ("Affiant"), a Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a warrant pursuant to Rule 41(b)(1) to search the person of Victor Armando Simms a/k/a, Stacy Patrick Simms, DOB 06/22/1969, (hereinafter "Simms"), located in the District of Columbia.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2019.  I am currently assigned to the FBI Washington Field Office (WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF), where I investigate crimes involving the exploitation of children and human trafficking. I was previously assigned to the FBI Washington Field Office Joint Terrorism Task Force, where I worked national security investigations. I have executed search warrants and arrest warrants, seized and searched electronic devices, and exploited electronic devices to obtain evidence. I have received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, and the application for and execution of search and arrest warrants. As part of my duties as a Special Agent, I investigate

3

criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A and crimes related to sex trafficking and other commercial sex offenses in violation of 18 U.S.C. §§ 1591 and 1952. I am an "investigative or law enforcement officer," within the meaning of Title 18, United States Code, § 2510(7), empowered by law to conduct investigations and make arrests for crimes in violation of the laws of the United States and to execute warrants issued under the authority of the United States. Additionally, I am a member of the FBI Washington Field Office Evidence Response Team, and have received training in forensics, DNA and latent print collection, crime scene photography, and evidence collection techniques.

3.      The facts and information contained in this Affidavit are based upon my personal knowledge of the investigation, my training and experience, the observations and reports of other law enforcement officers, and information obtained from other law enforcement sources. This affidavit is only intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this investigation or every fact observed by me during the course of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that evidence of violations of 18 U.S.C. § 2423(a), Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, and 18 U.S.C. § 2251(a), Sexual Exploitation of Children, is contained within/on the person of Simms. I further submit that there is probable cause to search the person of Simms, as described in Attachment A, for evidence or instrumentalities of these crimes, as described in Attachment B.

**PROBABLE CAUSE**

5.      On January 15, 2023, the Metropolitan Police Department (MPD) received a call regarding a criminal sexual assault of a child at 3324 13th Street, Southeast, Washington, DC. Upon arriving at the scene, law enforcement was met by Witness 1, who reported that earlier in the day her niece (hereinafter "Minor Victim 2") told her mother (hereinafter "Witness 2") that she observed a video on an iPad belonging to Victor Simms ("Simms") that showed Simms placing his penis on the buttocks of a prepubescent minor female (hereinafter "Minor Victim 1"). Additionally, Witness 1 said that Minor Victim 2 observed pictures showing Minor Victim 1 fully nude on Simms's iPad. Witness 1 and Witness 2 are sisters. Minor Victim 1 is the child of Witness 1 and Minor Victim 2 is the child of Witness 2. Law enforcement interviewed Witness 1. According to Witness 1, Minor Victim 1 was staying with her godfather, Victor Simms. Witness 1 stated that Simms had been caring for Minor Victim 1 since she was five years old and that Minor Victim 1 would occasionally spend the night at his home located at 3316 13th Street, Southeast, #301, Washington, D.C.

6.      Witness 1 reported that she received an urgent message from her sister, Witness 2, explaining that something happened with Minor Victim 1 and Simms. Following a conversation, Witness 1 called Simms and asked him to meet her at Turner Elementary School to pick up Minor Victim 1. Witness 1 stated that when she met with Simms at Turner Elementary, she and Witness 2 asked to go to his residence to use the restroom. Before entering his apartment, Witness 1 instructed Minor Victim 1 to ask Simms for his iPad. Once inside the apartment, Witness 2 asked to use the restroom, and Minor Victim 1 asked Simms for his iPad. Witness 1 stated that she and Minor Victim 1 looked at the images on Simms's iPad, and observed images depicting Minor Victim 1 lying on a bed. Minor Victim 1 is wearing a shirt and no underwear. A portion of her

buttocks are exposed in one of these images. Witness 1 said that she could not find the video of Simms placing his penis on Minor Victim 1's buttocks. Witness 1 stated she used her phone to take pictures of the images of Minor Victim 1 that were on Simms's iPad. Witness 1 stated that she, Minor Victim 1, and Witness 2 left Simms's residence without saying anything to him.

7.     Once outside of Simms's residence, Witness 1 asked Minor Victim 1 if Simms had ever done anything to her. Minor Victim 1 responded that Simms placed his "private part" in her anus while she was inside his residence. Witness 1 stated that she called the police.

8.     Once the police arrived, Witness 1 called Simms and asked for assistance with her car outside for the purpose of getting him outside of the house. After exiting his residence, Simms then entered and started a 2019 black Chevy Blazer and drove that vehicle to the middle of the street, ostensibly to be in closer proximity to Witness 1's vehicle for the purpose of assisting her.

9.     Law enforcement then detained Simms as he was standing between the Chevy Blazer and Witness 1's vehicle. On January 15, 2023, Simms was formally placed under arrest and charged by complaint with one count of First Degree Child Sexual Abuse in D.C. Superior Court case 2023-CF1-289.[2]

14.     Witness 1 provided MPD with copies of the photographs that she took of the images she observed on the iPad. The color images provided by Witness 1 depict a female child lying on a bed wearing a black and white shirt. In one image it does not appear that Minor Victim 1 is wearing underwear and her buttocks are exposed. Witness 1 identified the female child in the image as Minor Victim 1.

---

[2] Case 2023-CF1-289 was dismissed by the United States after related charges were filed in D.C. District court.

15.     Witness 1 told law enforcement that in 2020 Simms informed her that he was on the sex offender registry. Witness 1 stated that she felt Simms had turned his life around because he had been around Minor Victim 1 for four years and Witness 1 was not aware of any incidents.

16.     On or about January 15, 2023, a detective with MPD briefly spoke with Minor Victim 1. Minor Victim 1 told the Detective that she has stayed at Simms's residence since October 2022. Minor Victim 1 said that Simms would give her pills, wait until she fell asleep, and take naked pictures of her. She did not provide additional details regarding how she knew that Simms took pictures while she was asleep. Minor Victim 1 said that last weekend when she spent the night at his residence, Simms penetrated her anus with his "private part" (referring to Simms's penis). Minor Victim 1 said that she was in Simms's bed wearing a shirt that belonged to Simms, and that she was not wearing any underwear or pants.

17.     During a forensic interview on January 16, 2023, Minor Victim 1 said that Simms gave her pills on approximately two occasions at night that caused her to feel dizzy and fall asleep. She said the pills Simms gave her came from an orange container with a white top, with the letters "CVS" on the top of the container. Minor Victim 1 indicated that the pills tasted "nasty." Minor Victim 1 said that the last time she stayed with Simms, her cousin (Minor Victim 2) was also there. Simms told Minor Victim 1 and Minor Victim 2 to take two of the pills but they did not take them. Minor Victim 1 further stated that it happened the previous week, and that she had not seen Simms since then because Minor Victim 2 said that Simms tried to kiss her on the lips.

18.     Minor Victim 2 was also forensically interviewed on January 16, 2023. During the interview, Minor Victim 2 stated that she stayed with Simms on the previous weekend. On the first night, they wanted to sleep in Minor Victim 1's room, but Simms made her and Minor Victim 1 sleep in his room on the floor, and he slept in his bed. Later in their stay, Simms slept on the floor,

and Minor Victim 1 and 2 slept on the bed. Minor Victim 2 stated that Simms gave her and Minor Victim 1 pills that made them sleep. He got the pills from a closet outside of his bedroom. Minor Victim 2 stated that Simms gave them two pills, but they spit them out in a trash can and went to sleep. Minor Victim 2 stated that she and Minor Victim 1 had been playing on Simms's iPad all weekend, and that she observed the pictures depicting Minor Victim 1 on Simms's iPad when she was by herself on her last day at his house. She also observed screenshots of Minor Victim 1 with her family that Simms had taken from Instagram.

19.     After being read his Miranda rights, Simms indicated that he wanted an attorney and declined to speak with law enforcement. A search of law enforcement databases revealed that the defendant was born in 1969 and is a registered sex offender. The defendant was convicted of Indecent Liberties with a six-year-old child, and a Felony Child Sex Act, in North Carolina in 2005.

20.     A review of Simms's driver's license information and booking information revealed that Simms is a 53-year-old male, is approximately 5'8" in height, and is approximately 250 lbs. Simms's criminal history and booking information, provided on February 3, 2023, lists his ethnicity as "Black", and he has a light complexion consistent with that of a light-skin black male. Simms has black hair and a heavy build with a circular tattoo on his upper right chest that appears to be blue, green, black, and red in color.

21.     On January 17, 2023, a search warrant, 23-SW-8, authorizing a search of the residence occupied by Simms, located at 3316 13th Street #301, Southeast, Washington DC, was issued by the Honorable Zia M. Faruqi, United States Magistrate Judge, United States District Court for the District of Columbia. The search warrant was executed by the FBI's Child Exploitation and Human Trafficking Task Force (CEHTTF) and authorized the search and seizure

of, among other things, "electronic storage media or digital devices used in the commission of, or to facilitate, the sexual exploitation of a child and possession of child pornography….".

22.     During the January 17, 2023, search of the residence, which is located in the District of Columbia, multiple electronic devices were recovered, including an iPad Pro, which was previewed on site by an FBI CEHTTF Task Force Officer (TFO). Law enforcement observed images and videos depicting the sexual abuse of children, including images and a video of Minor Victim 1 being anally penetrated by the penis of an adult male.

23.     The FBI CEHTTF delivered the above-described iPad Pro to a Special Agent Digital Forensic Examiner with the United States Attorney's Office for the District of Columbia Digital Forensics Laboratory to conduct a forensic examination. Another device that was seized from Simms's residence pursuant to the above referenced Search Warrant on January 17, 2023, was a one (1) Terabyte SanDisk external hard drive, which was also forensically examined by a Digital Forensics Examiner at the United States Attorney's Office's Digital Forensics Laboratory. That examiner reported that approximately 3500 images and over 250 videos of child sex abuse material (CSAM) were contained on that device. An examination of the CSAM images and videos on the device revealed dates ranging from approximately 2018 to 2022, as well as geolocation (GPS) information associated with these videos and images, which resolved to locations in and around Baltimore, Maryland, as well as Virginia and Washington, DC. Of the CSAM contained within the SanDisk hard drive, law enforcement has identified approximately 11-12 individual child victims who are depicted in the various images and videos, nine of whom have been positively identified and are children who regularly spent time with Simms.

24.     Through the course of the investigation, numerous witness statements revealed that Simms had access to minor female victims when he lived with his cousin (hereinafter referred to

as "Witness 7"[3]) and her family at the address 3708 2nd Street, Southeast, Washington, DC from 2016 to 2022. Numerous interviews revealed that Simms also frequently took minor victims from Washington D.C. to stay at hotels and swim at hotel pools in Virginia and Maryland. In response to a law enforcement subpoena, Hilton provided hotel records showing that Simms booked and stayed at various Hilton brand hotels in and around the Virginia and Baltimore, Maryland areas on numerous occasions between approximately 10/10/2018 through 12/30/2022. Several of the CSAM images and videos depicting Minor Victim 1 and Minor Victim 2 that were found on the 1TB SanDisk external hard drive correspond to dates of hotel stays booked by Simms as reported by Hilton.

25.     A review of Simms's 1 TB SanDisk external hard drive revealed numerous images depicting Simms with various children, as well as numerous CSAM images in which Simms' face and body is visible. The 1TB hard drive also contained numerous photographs and videos of an adult male engaging in various sexual acts with minor female victims, in which only portions of the male's body are visible. For example, some of the images and videos depict an adult hand and fingers or an adult male's genitals, stomach, chest, or legs. Many of the photographs were taken on the same date and in the same time frame as photographs in which Simms's face is visible, and many of these image series correspond to Hilton hotel stays booked by Simms.

26.     For example, a review of Simms's 1TB hard drive revealed a series of CSAM photographs and videos taken on 10/28/2018. In one video, with the affiliated date and time stamp of 10/28/2018 07:12:37 a.m., an adult male can be seen penetrating the vagina of a minor female victim (hereinafter referred to as "Minor Victim 6") with his penis. The adult male appears to be

---

[3] The United States maintains a witness key and is using the same witness numbers in all warrants and pleadings in this case for purposes of consistency.

filming the video, and he turns the camera to record his stomach, legs, and his penis while penetrating the minor victim. The adult male then moves the camera up to his chest, displaying his stomach, chest, and chest tattoo. Due to its color, location, and size, the tattoo appears to closely resemble the tattoo in Simms's booking photograph provided on 02/03/2023. Additionally, the male's build and skin color are consistent with known photographs of Simms. Numerous additional CSAM images and videos taken on 10/28/2018 from approximately 2:15 a.m. to 7:15 a.m. show close-up views of an adult male penis penetrating a child's vagina. The adult male has black pubic hair and a penis that is dark in color, with what appears to be a light patch of skin that is pinkish-white in color near the head of the penis. One photograph with the date and time stamp of 10/28/2018 02:14:43 depicts what appears to be a young child's hand holding an adult male's penis, in which the male is only viewable from the waist down. The male has light skin consistent with that of a Hispanic male or light-skin black male. He has dark, curly pubic hair, and his penis is dark in color. His penis has a light pink colored patch of skin near the head, with a head that appears aged and light pinkish-white in color, and dark skin inside the tip of the penis. The penis appears consistent with other images of a penis taken on the same date, and it appears to belong to the same adult male.

27.     A review of Hilton records for the time frame of 10/28/2018 revealed Simms booked a stay at the Hampton Inn Baltimore/Bayview Campus located in Baltimore, Maryland from 10/27/2018 to 10/28/2018, with affiliated Confirmation Number 93631167. In an FBI interview with Minor Victim 6's mother (hereinafter referred to as "Witness 9"), Witness 9 advised that she did not know Simms at all, but she knew that Simms often took Minor Victim 6 to hotels and various places with her cousins, (Minor Victim 4 and Minor Victim 5), during the time that she was living with them at their house in Washington, D.C. Witness 9 did not know which hotels

they went to or the details of their hotel stays, and she did not indicate knowledge of anyone else taking Minor Victim 6 to hotels. Minor Victim 6 and her cousins also spent a lot of time at Witness 7's house where Simms was living at the time, which was also in Washington, D.C. In an interview with Witness 5 and 6 (the parents of Minor Victim 4 and 5), they advised that Simms would take their daughters and Minor Victim 6 to hotels in and around the Baltimore, Maryland area. As a result, it is believed that SIMMS transported Minor Victim 6 with her cousins from either their residence in Washington, D.C or from Witness 7's residence in Washington, DC to various hotels in Maryland.

28.     In another instance, Hilton records revealed Simms booked a stay at the Embassy Suites by Hilton Dulles Airport on 03/04/2022 for the date range of 03/04/2022 to 03/06/2022, Confirmation Number 81429111. The reservation history shows Simms was assigned Room Number 523. An extraction of Simms's 1TB SanDisk hard drive revealed a video in which Minor Victim 1 can be seen lying face down on a bed asleep while what appears to be a Hispanic or light skin black male is penetrating the child's anus with his penis and placing his left hand on the child's buttocks. The video only depicts the hand and penis of the adult male and does not capture his face or other features. The adult male has thick hands, a large stomach, black pubic hair, and a dark penis. The head of the penis not visible in the video. The video's metadata reveals it was taken with an Apple iPhone 13 Pro Max with an affiliated date and time stamp of 03/05/2022 04:50:45 AM and affiliated GPS coordinates of 38.9525, -77.4063. The GPS coordinates resolve to the immediate vicinity of the Embassy Suites by Hilton Dulles Airport, located at 13341 Woodland Park Rd Herndon, VA 20171. Of note, an Apple iPhone 13 Pro Max was recovered in Simms's vehicle by Metropolitan Police Department and provided to the FBI on January 19, 2023. A

forensic examination of Simms's Apple iPad Pro seized on January 17, 2023, also revealed that a short portion of the above-referenced video of Minor Victim 1 was stored on that device too.

29.     In another instance, Hilton records revealed Simms booked a stay at the Embassy Suites by Hilton Baltimore at BWI Airport on 09/17/2021 for 09/17/2021 through 09/19/2021, Confirmation Number 87831989. The reservation history shows Simms was assigned Room Number 808. An extraction of Simms's 1TB SanDisk hard drive revealed a series of photographs taken on 09/17/2021. One photograph with affiliated time stamp 09/17/2021 23:35:00 and affiliated GPS coordinates 39.206464, -76.690956 depicts Simms and Minor Victim 1 lying in a bed together while Minor Victim 1 sleeps. Neither Simms nor Minor Victim 1 appear to be wearing clothing. Both of their faces are visible, as well as Simms' chest tattoo, which is viewable in Simms' booking photograph provided on 02/03/2023. The GPS coordinates affiliated with the photograph resolve to the Embassy Suites by Hilton Baltimore at BWI Airport. Further review of the photographs taken on 09/17/2021 revealed numerous photographs of Simms and Minor Victim 1 in bed, as well as numerous photographs of Minor Victim 1 sleeping face down fully nude. One photograph, with time stamp 09/17/2021 23:43:41 and affiliated GPS coordinates 39.206425, -76.691008, shows a close-up view of buttocks and a vagina belonging to a black female. The GPS coordinates for this image also resolve to the Embassy Suites by Hilton Baltimore at BWI Airport. Additional photographs and videos taken on 9/18/2021 show a close-up view of a vulva belonging to a black female, and the picture shows two fingers appearing to belong to a Hispanic or light-skin black adult male that are being used to display the vulva for the photograph. Based on the series of photographs of Minor Victim 1 taken from that evening in which Simms is visible, as well as the close-up image of the vulva showing fingers appearing to belong to an adult male, there is probable cause to believe the fingers shown in the images belong to Simms.

30.      In an interview with the FBI, sanitized images created from the photographs and videos taken on 09/17/2021 and 03/05/2022 were shown to Witness 1. Witness 1 positively identified the face of the female child in the images as that of her daughter, Minor Victim 1. Witness 1 also identified the scarf that Minor Victim 1 is wearing in the photographs taken on 09/17/2021 as belonging to her. Minor Victim 1 was seven years old on 09/17/2021, and she was eight years old on 03/05/2022. Witness 1 and Minor Victim 1 lived in Southeast Washington, DC from 2018 to 2022. Witness 1 stated that Simms often picked Minor Victim 1 up in a black truck from her home in Washington, DC and took Minor Victim 1 to Maryland. Witness 1 recalled that Simms took Minor Victim 1 to hotels around the Baltimore, Maryland area, and she could not recall if he had taken Minor Victim 1 to Virginia.

31.      In another instance, Hilton records revealed Simms booked a stay at the Embassy Suites by Hilton Dulles Airport on 06/17/2022 for the date range of 06/17/2022 to 06/19/2022, Confirmation Number 94786934. The reservation history shows Simms was assigned Room Number 427. An extraction of Simms' 1TB SanDisk hard drive revealed a photograph taken with an Apple iPhone 12 Pro Max with the affiliated date and time stamp of 06/18/2022 03:53:59 AM and GPS coordinates 38.952408, -77.406783. Of note, an Apple iPhone 12 was seized from Simms's residence on January 17, 2023. The GPS coordinates resolve to the immediate vicinity of the Embassy Suites by Hilton Dulles Airport. The photograph depicts a close-up image of a vulva appearing to belong to a small, pre-pubescent minor female. Two fingers appearing to belong to an adult male are viewable in the photograph and appear to be holding the vagina open for the purpose of the photograph. The hand appears to belong to a Hispanic or a light-skin black adult male. Further review of Simms's hard drive revealed additional photographs dated 06/18/2022 of a nude, pre-pubescent female in what appears to be a hotel room. One image taken on 06/18/2022

depicts a prepubescent female lying fully nude on a bed face down with her buttocks in the air, with presumably an adult male sitting on the bed behind her. The adult male is visible from the chest down and is wearing a gray t-shirt. No clothing below the adult male's waist is visible, and one of his legs is spread out across the bed. Based on the adult male's skin tone, he appears to be Hispanic or a light-skin black male. The adult male has a large stomach and a heavy build. Witness 1 was interviewed and was shown a sanitized image of Minor Victim 2 taken on 06/18/2022, which she positively identified as Minor Victim 2. Minor Victim 2 was eight years old on 06/18/2022.

32.    A review of the extraction of the SanDisk 1TB hard drive also revealed numerous vehicle dashboard camera video clips, each displaying a view overlooking the front hood of an unidentified vehicle and reflecting the date, time, and geocoordinates of the footage on the bottom of the screen as the vehicle travels. Subpoena returns provided by PayPal, Inc. on or about February 16, 2023, revealed Simms made a purchase on September 22, 2021, for an "ESCORT M2 Radar-Mounted Smart Dash Cam." Simms listed his shipping address for the purchase as 3708 2nd Street, Southeast, Apt. D, Washington, DC 20032. On March 16, 2023, a Search and Seizure Warrant, 23-SW-59, authorizing a search and seizure of Simms's vehicle, a 2019 Chevy Blazer, black in color, bearing Maryland personalized license plate of "0I101I0," Vehicle Identification Number (VIN) 3GNKBJRS8KS609689, was issued by the Honorable Zia M. Faruqui, United States Magistrate Judge, United States District Court for the District of Columbia. On March 24, 2023, law enforcement officers assigned to the FBI CEHTTF executed the search of the vehicle at an FBI Washington Field Office facility located at 2800 V Street, Northeast, Washington, DC 20018. During the search, agents located and collected an "ESCORT" dash camera mounted onto the front windshield of Simms' vehicle.

33.     Dash camera footage stored on the 1TB SanDisk hard drive was reviewed for the evening of 06/17/2022, the first night of Simms' reservation for 06/17/2022 to 06/19/2022 at the Embassy Suites by Hilton Dulles Airport, and a still frame of one of the dash camera videos displays the following time stamp and geocoordinates at the bottom of the screen: "2022/06/17 07:55:55 PM 38.927563, -77.199791". The video shows the vehicle passing a sign for Exit 19A, which reads "South 123 to South 495 Tysons Corner ¼ Mile" and 19B, which reads "123 North" with an arrow and the word "McLean." A query of the GPS coordinates in Google Maps reveals they resolve to Highway 267 West at Exit 19B and near the intersection of Highway 267 and Highway 123. The location is approximately 14 minutes east of the Embassy Suites by Hilton Dulles Airport, located at 13341 Woodland Park Road, Herndon, VA 20171. A review of the audio content in the video reveals what appears to be an adult male voice asking, "What's the name of this song?" An individual, presumed to be a female child, is heard answering in response and asking the male to play a new song. Based on the dash camera footage, the hotel reservation, and the CSAM images found on Simms' hard drive, in addition to Simms' similar build and skin color as the adult male pictured in the photographs, Simms is believed to be the adult male in the photographs taken on 06/18/2022.

34.     A review of Simms's 1TB SanDisk hard drive also revealed a picture taken with an Apple iPhone 12 Pro Max with the date and time stamp of 4/30/2022 10:55:04 p.m. and affiliated GPS coordinates 38.952492, -77.406197. The GPS coordinates resolve to the immediate vicinity of the Embassy Suites by Hilton Dulles Airport. The photograph depicts a nude pre-pubescent black female lying face down on a bed, with an adult male hand using its thumb and index finger to spread and display the minor victim's anus. Further review revealed a series of photographs with the same date and similar geocoordinates taken from approximately 10:30 p.m. to 11:20 p.m.

of what appear to be the same minor victim, in which an adult male hand is positioning the minor victim's body to display the minor victim's vulva in close-up photographs. The hand appears to belong to a light-skin black adult male. In a photograph taken with an Apple iPhone 12 Pro Max with date and time stamp 4/30/2022 11:19:38 p.m., GPS coordinates 38.952503, -77.406294, the photograph appears to depict an adult male on his knees penetrating an unidentified individual anally. Based on the adult male's skin tone, he appears to be Hispanic or a light-skin black male. The adult male has a large stomach, a heavy build, and thick upper legs, and his penis is dark in color. The GPS coordinates affiliated with the photograph resolve to the immediate vicinity of the Embassy Suites by Hilton Dulles Airport. Hilton records revealed Simms booked a stay at Embassy Suites by Hilton Dulles Airport on 4/30/2022 for the dates of 4/30/2022 through 5/1/2022, Confirmation Number: 90600619. The reservation history shows Simms was assigned Room Number 421. Based on the series of photographs with the nearly identical date, time, and geocoordinates, the unidentified individual is presumed to be the same minor victim shown in the series of photographs taken on 4/30/2022, and the adult male is presumed to be Simms.

35.     A review of Simms's 1TB SanDisk hard drive revealed a series of images from 1/18/2019 to 1/19/2019. The photographs taken on 1/18/2019 include two photographs where Simms's face is viewable, in which his face is placed on a minor victim's (hereinafter referred to as Minor Victim 5) anus. Additional photographs taken on 1/18/2019 depict Minor Victim 5 asleep with her pants pulled down and her vulva displayed, as well as many close-up photographs of Minor Victim 5's vulva. There are also two videos on the 1TB hard drive taken on 1/19/2019, one of which was taken at approximately 4:30 a.m. and shows a video zooming in on Minor Victim 5's vulva and depicting an adult male's finger being used to display the vulva. The other video was taken at approximately 5:02 a.m. on 1/19/2019 and depicts the lower body of an adult male anally

penetrating Minor Victim 5. Minor Victim 5 can be seen lying face down on the pink sheet on the mattress and appears to be asleep. The adult male's leg, stomach, penis, and hand are visible in the video. The adult male appears to be a Hispanic or a light-skin black male with a heavy build. The adult male has a large stomach and thick upper legs. The adult male has black pubic hair and a dark penis, with what appears to be a light patch of skin near the head of the penis, which is pink in color.

36.     Based on an interview with Witness 7 on February 24, 2023, Simms lived in a bedroom in Witness 7's house in Washington, D.C. from approximately 2016 to 2022. Witness 7 stated that she provided Simms with a mattress on the floor of her two daughters' room, a pink bed sheet, a brown blanket, and a blue, red, white, and gray striped blanket. The photographs and videos taken on 1/18/2019 and 1/19/2019 show the pink sheet on the mattress, a black fan in the background, and the red, white, blue, and gray blanket. Witness 7 positively identified Minor Victim 5 from two sanitized images shown to her during an interview on February 24, 2023. Additionally, Witness 7 identified the black fan in the background of the picture as well as the pink bed sheet and the blue, white, red, and gray striped blanket that she provided to Simms. Witness 7 advised that Minor Victim 5 often spent the night at her house when her parents and Witness 7 and her husband went out for the evening, and Simms would babysit. Based on Simms's face being visible in the photographs with Minor Victim 5 on the night of 1/18/2019, as well as the close proximity of time between the images and videos, there is probable cause to believe Simms is the adult male that can be seen anally penetrating Minor Victim 5 on the following morning on 1/19/2019.

37.     In another instance, a review of Simms's 1TB hard drive revealed a series of photographs taken on 9/19/2020 and 9/20/2020. A review of Simms's Hilton records revealed he

booked a stay at the Embassy Suites by Hilton Baltimore at BWI Airport for the date range of 9/19/2020 through 9/20/2020, Confirmation Number 94946143. The hotel records revealed he was assigned Room Number 715. A review of the hard drive revealed a photograph taken on 9/20/2020 that shows Simms in the reflection of a mirror taking a photograph of a clothed minor female victim (hereinafter referred to as Minor Victim 8) lying on a bed in what appears to be a hotel room. Both Simms and Minor Victim 8 are fully visible in the photograph. On 9/19/2020, there is a series of photographs of Minor Victim 8 asleep lying on her back, in which her shirt has been pulled down to reveal her breasts and her pants have been pulled to down to show her vagina. There are also several photographs depicting close-up images of a vagina. Additional photographs taken on 9/19/2020 depict what appears to be an adult male penis penetrating a vagina. The adult male appears to have thick legs, with skin color consistent with a light-skin black male or Hispanic male. The male's testicles and penis are dark in color, with a lighter patch of skin near the head of the penis, which is pinkish-white in color. Based on the photograph of Simms on 9/20/2020, as well as Simms's hotel stay from 9/19/2020 to 9/20/2020, Simms is believed to be the adult male who is penetrating the child with his penis on 9/19/2020. Sanitized images of Minor Victim 8 were shown to Minor Victim 8's mother, Witness 8, who positively identified her as her daughter.

38.    A review of Simms's 1TB hard drive revealed a series of images and videos taken on 9/9/2018. The photographs depict Minor Victim 1 lying on her back asleep with her purple pajama shirt lifted to display her vulva, as well as several close-up images of the minor victim's vulva. Videos taken on 9/9/2018 show an adult male penis penetrating Minor Victim 1's mouth. The adult male can be seen wearing a white shirt and gray shorts or pants that have been pulled down below his penis, and his body is visible only from the waist down. The male's penis appears to be dark in color with a light-colored patch close to the head of the penis. The adult male's penis

shown in these videos very closely resembles the penis depicted in the videos created on 10/28/2018, as well as the penis identified in the other series of images described above. An additional video taken approximately an hour later shows an adult male penis penetrating the anus of a black female child who appears small in stature. The female is wearing the same purple night shirt that can be seen on Minor Victim 1 in the other photos and videos taken on 9/9/2018. On February 24, 2023, two sanitized images of Minor Victim 1 taken on 9/9/2018 were shown to Witness 7, and she positively identified Minor Victim 1, as well as the black bunk beds in the background of the room, the pink sheet on the mattress, and the red, blue, white, and gray striped blanket that Simms used while he lived in Witness 7's house in Washington, D.C. Witness 7 identified the room in the background of the videos as the room in Witness 7's house where Simms lived from approximately 2016 to 2022. Based on the above, the adult male depicted in the photographs and videos taken on 9/9/2018 is believed to be Simms.

39.     In summary, the 1TB SanDisk external hard drive located in Simms's residence contained approximately 3500 CSAM photos and images, many of which show Simms with minor victims during the same time frame that CSAM images were taken depicting an adult male engaging in sexual acts with minor victims. The images of the adult male's body reveal a strong likeness to the known images of Simms, and numerous victim and witness interviews indicated Simms had a close and continuing relationship with several minor victims and their families. In fact, Simms frequently babysat minor victims and took them from Washington, D.C. to hotels in an around Virginia and the Baltimore, Maryland area. Your affiant submits there is probable cause to believe Simms is the individual whose body parts are depicted in the CSAM images and videos, as well as the individual creating the CSAM.

## CONCLUSION

41.     Based on the foregoing, I submit there is probable cause to believe Simms has violated 18 U.S.C. § 2251(a), Sexual Exploitation of Children, and 18 U.S.C. § 2423(a), Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity, and that evidence or instrumentalities of these offenses, more fully described in Attachment B, are located on the person of Simms, as described in Attachment A. I respectfully request that this Court issue a search warrant for the person of Simms, authorizing the search of the person described in Attachment A and the collection of photographs described in Attachment B.

Respectfully submitted,

_____

Kelly McLeod
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 6, 2023.

_____

THE HONORABLE  ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

21